# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BRIAN M. CASEY and CORNELIUS CANADY,**

    Plaintiffs,

v.                                                      Case No. 4:19-cv-491-AW-MJF

**CENTURION OF FLORIDA, et al.,**

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After this case was removed from state court, Plaintiff Brian Casey moved to remand it. ECF No. 28. I have considered the magistrate judge's October 23, 2020 Report and Recommendation, ECF No. 43, and I have considered de novo the issues raised in Casey's objection, ECF No. 46. I now conclude that the Report and Recommendation should be adopted. This court had arising-under jurisdiction when Defendants removed the case. The supplemental complaint presents claims based on federal law. And even if Casey were correct in arguing that the supplemental complaint should not be considered, his original complaint also presented claims based on federal law.

It is now ORDERED:

1.     The Report and Recommendation (ECF No. 43) is adopted and incorporated into this order.

2. The motion to remand (ECF No. 28) is DENIED.

3. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on November 23, 2020.

s/ *Allen Winsor*  
United States District Judge